CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ARGYLE SYSTEMS INC.
    Plaintiff(s)

Civil Action No. 1:21-cv-00016-EGS

vs.

INTERNAL REVENUE SERVICE
    Defendant(s)

## AFFIDAVIT OF MAILING

I, Susan Barrett, hereby state that:

On the 6th day of January, 2021, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Internal Revenue Service - Civil Process Clerk, United States Attorney's Office, 555 Fourth Street, N.W., Washington, D.C. 20530

I have received the receipt for the certified mail, No. 7015 0640 0007 1024 6364 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 11th day of January, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

January 27, 2021                                    *Susan Barrett*
(Date)                                              (Signature)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk
   United States Attorney's Office
   555 Fourth Street, N.W.
   Washington, D.C. 20530

   9590 9402 5883 0038 1905 28

2. Article Number (Transfer from service label)

   7015 0640 0007 1024 6364

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                   JAN 11 2021

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ red Mail
   ☐ red Mail Restricted Delivery
   ☐ r $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $ 3.55

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)   $ 2.95
☐ Return Receipt (electronic)  $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required    $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage  $ 14.90

Total Postage an $

Sent To

Civil Process Clerk
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

Street and Apt. No

City, State, ZIP+4

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

[Postmark: SANTA ANA CA P&D, JAN 6 2021, USPS-92799]