CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

ARGYLE SYSTEMS INC.
        Plaintiff(s)

Civil Action No. 1:21-cv-00016-EGS

vs.

INTERNAL REVENUE SERVICE
        Defendant(s)

## AFFIDAVIT OF MAILING

I, Susan Barrett, hereby state that:

On the 6th day of January, 2021, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Internal Revenue Service - Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530

I have received the receipt for the certified mail, No. 7018 1830 0000 2335 3457 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 11th day of January, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

January 27, 2021
(Date)

*Susan Barrett*
(Signature)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

9590 9402 5883 0038 1905 11

2. Article Number (Transfer from service label)

7018 1830 0000 2335 3457

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JAN 11 2021

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

---

7018 1830 0000 2335 3457

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee $ 3.55

Extra Services & Fees (check box, add fee as appropriate)
- ☒ Return Receipt (hardcopy) $ 2.85
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $ 14.90

Total Postage and Fees $ 21.30

Postmark Here: SANTA ANA CA P&DC JAN 6 2021 USPS-92799

Sent To
Street and Apt. No.
City, State, ZIP+4

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

