CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ARGYLE SYSTEMS INC.
_____
      Plaintiff(s)

Civil Action No. _1:21-cv-00016-EGS_

      vs.

INTERNAL REVENUE SERVICE
_____
      Defendant(s)

### AFFIDAVIT OF MAILING

I, _Susan Barrett_____ , hereby state that:

On the _6th_____ day of _January_____ , _2021____ , I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Internal Revenue Service - Commissioner of Internal Revenue, Attention: CC:PA, 1111 Constitution Avenue, N.W., Washington, DC 20224

I have received the receipt for the certified mail, No. _7018 1830 0000 2335 3464_____ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the _11th_____ day of _January_____ , _2021___ .

I declare under penalty of perjury that the foregoing is true and correct.

_January 27, 2021_____
(Date)

_Susan Barrett_____
(Signature)





English
Locations
Support
Informed Delivery
Register / Sign In
USPS.COM
Quick Tools
Send
Receive
Shop
Business
International
Help
ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPLOYEE AVAILABILITY DUE TO THE IMPACTS OF COVID-19. WE APPRECIATE YOUR PATIENCE.
USPS Tracking®
Tracking
FAQs
Track Another Package +
Track Packages Anytime, Anywhere
Get the free Informed Delivery® feature to receive automated notifications on your packages
Learn More
Tracking Number: 70181830000023353464
Remove
Status
Delivered
Your item was delivered to the front desk, reception area, or mail room at 9:20 am on January 11, 2021 in WASHINGTON, DC 20224.
January 11, 2021 at 9:20 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20224
Get Updates

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Commissioner of Internal Revenue
Attention: CC:PA
1111 Constitution Avenue, N.W.
Washington, DC 20224

9590 9402 5883 0038 1905 35

2. Article Number (Transfer from service label)

7018 1830 0000 2335 3464

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ 3.65

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)          $ 2.85
☐ Return Receipt (electronic)         $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required            $
☐ Adult Signature Restricted Delivery $

Postage
$ 14.90

Total Postage and
$ 21.30

Postmark
Here

Sent To
Commissioner of Internal Revenue
Attention: CC:PA
1111 Constitution Avenue, N.W.
Washington, DC 20224

Street and Apt. No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 5883 0038 1905 35

**United States
Postal Service**

° Sender: Please print your name, address, and ZIP+4® in this box°

Buchalter
18400 Von Karman Ave
Suite 800
Irvine, CA 92612

Susan B.

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

- for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047

PS Form 3800, April 2015 PSN 7530-02-000-9047

Commissioner of Internal Revenue
Attention: CC:PA
1111 Constitution Avenue, N.W.
Washington, DC 20224

*Sent to*

$ 21.30

$ 14.00
Total Postage and

Postage

□ Adult Signature Restricted Delivery $ _____
□ Adult Signature Required $ _____
☑ Certified Mail Restricted Delivery $ _____
□ Return Receipt (electronic) $ 2.85
□ Return Receipt (hardcopy) $ _____
Extra Services & Fees (check box, add fee as appropriate)

Certified Mail Fee
$ 3.65

Postmark
Here

7016 1830 0000 2335 3444

CERTIFIED MAIL

For delivery information, visit our website at www.usps.com.

OFFICIAL USE

Domestic Mail Only
CERTIFIED MAIL® RECEIPT
U.S. Postal Service™

ommissioner of Internal Revenue
Attention: CC:PA
1111 Constitution Avenue, N.W.
Washington, DC 20224



U.S. POSTAGE ▷▷ PITNEY BOWES

ZIP 92612 $ 021.30⁰
02 4W
0000359146 JAN 06 2021