**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ARGLYE SYSTEMS INC,<br><br>            Plaintiff,<br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>            Defendant. | Civ. Action No. 21-16 (EGS) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 16, is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Cross-Motion for Summary Judgment, ECF No. 18, is **DENIED**.

This is a final appealable Order. See Fed. R. App. P. 4(a).

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**          United States District Judge**
**          September 25, 2022**